**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| | | |
|---|---|---|
| James Balchuck, | ) | Civil Action No.: _____ |
| | ) | |
| Plaintiff, | **3**) | **12-CV-023** |
| v. | ) | |
| | ) | |
| Riexinger & Associates, LLC; National | ) | **CERTIFICATE OF INTERESTED** |
| Credit Adjusters, LLC; Vision Asset | ) | **PERSONS** |
| Management Group, LLC; and Discover | ) | |
| Bank, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND

## CORPORATE DISCLOSURE STATEMENT

Pursuant to LR 3.3., NDGa and Fed. R. Civ. P. 7.1, Plaintiff James Balchuck

submits this Certificate of Interested Persons.

(1)    The undersigned counsel of record for Plaintiff to this action certifies

that the following is a full and complete list of all parties in this action, including any

parent corporation and any publicly held corporation that owns 10 percent or more of

the stock of a party:

Plaintiff:    James Balchuck

Defendant:    Riexinger & Associates, LLC

Defendant:    National Credit Adjusters, LLC

-1-

Defendant:   Vision Asset Management Group, LLC

Defendant:   Discover Bank

Plaintiff states that to best of his knowledge, Discover Bank is a wholly-owned subsidiary of parent corporation, Discover Financial Services, and that no other publicly held company owns 10 percent or more of its stock.

(2)    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

To the best of Plaintiff's knowledge, none.

(3)    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for Plaintiff in this proceeding:

> Valentia P. Alleyne
> VALENTIA P. ALLEYNE, ATTORNEY AT LAW

Address and contact information are listed below.

-2-

C:\Users\Valentia\Desktop\Valentia\Valentia\Valentia\Valentia Alleyne Attorney at Law\FDCPA Cases\Balchuck\FDCPA_Certificate_Interested_Persons_Balchuck.doc

Respectfully submitted this 1st day of February, 2012.

s/ Valentia P. Alleyne, Esq.
Georgia Bar No.: 769141
Attorney for Plaintiff James Balchuck

VALENTIA P. ALLEYNE,
ATTORNEY AT LAW
2625 Piedmont Road
Suite 56-327
Atlanta, GA 30324
Telephone: (800) 611-2985
Facsimile:  (866) 344-2064
Email:     valleynelaw@gmail.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION**

| | |
|---|---|
| James Balchuck, | ) Civil Action No.: _____ \_\_\_ \_\_\_\_\_ |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| Riexinger & Associates, LLC; National | ) |
| Credit Adjusters, LLC; Vision Asset | ) |
| Management Group, LLC; and Discover | ) |
| Bank, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF FONT COMPLIANCE**

I hereby certify that the foregoing has been prepared with one of the font and

point selections approved by the Court in LR 5.1(C), NDGa, specifically Times

New Roman 14 point.

s/ Valentia P. Alleyne
Valentia P. Alleyne

-4-

C:\Users\Valentia\Desktop\Valentia\Valentia\Valentia\Valentia Alleyne Attorney at Law\FDCPA Cases\Balchuck\FDCPA_Certificate_Interested_Persons_Balchuck.doc

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION**

| | |
|---|---|
| James Balchuck, ) | Civil Action No.: _____ ___ ___ ___ |
| ) | |
|     Plaintiff, ) | |
| v. ) | |
| ) | |
| Riexinger & Associates, LLC; National ) | |
| Credit Adjusters, LLC; Vision Asset ) | |
| Management Group, LLC; and Discover ) | |
| Bank, ) | |
| ) | |
|     Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2012 a copy of the **Certificate of Interested Persons and Corporate Disclosure Statement of Plaintiff James Balchuck** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

None are known at this time

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

-5-

Stephen P. Riexinger
2893 Meadow Street Trail
Snellville, Georgia 30078-6611

National Registered Agents, Inc.,
365 Crestwood Parkway
Suite 350
Duluth, Georgia 30096

Vision Asset Management Group, LLC
256 3rd Street
Suite 31
Niagra Falls, New York 14304

Discover Bank
100 West Market
P.O. Box C
Greenwood, Delaware 19950

s/ Valentia P. Alleyne, Esq.
Georgia Bar No.: 769141
Attorney for Plaintiff James Balchuck

VALENTIA P. ALLEYNE,
ATTORNEY AT LAW
2625 Piedmont Road
Suite 56-327
Atlanta, GA 30324
Telephone: (800) 611-2985
Facsimile: (866) 344-2064
Email: valleynelaw@gmail.com

C:\Users\Valentia\Desktop\Valentia\Valentia\Valentia\Valentia Alleyne Attorney at Law\FDCPA Cases\Balchuck\FDCPA_Certificate_Interested_Persons_Balchuck.doc